IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 11 PM 3: 04
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

GLASSMAN, EDWARDS, WADE &
WYATT, P.C.,

    Plaintiff,

vs.                                    No. 05-2661-DP

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.,

    Defendant.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE
## OF ROBERT C. BROCK

It is hereby ordered that Robert C. Brock is admitted pro hac vice as co-counsel for the Defendant, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and may actively participate in any trial, pre-trial or post-trial proceedings before this Court.

_____
Judge
Date: October 11, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02661 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

R. Austin Huffaker
RUSHTON, STAKELY, JOHNSON & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104

Robert C. Brock
RUSHTON STAKELY JOHNSTON & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT