IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GLASSMAN, EDWARDS, WADE &
WYATT, P.C.,

    Plaintiff,

vs.                                                   No. 05-2661-DP

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.,

    Defendant.

---

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE
## OF R. AUSTIN HUFFAKER, JR.

---

It is hereby ordered that R. Austin Huffaker, Jr. is admitted pro hac vice as co-counsel for the Defendant, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and may actively participate in any trial, pre-trial or post-trial proceedings before this Court.

Judge

Date: October 11, 2005



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02661 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

R. Austin Huffaker
RUSHTON, STAKELY, JOHNSON & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104

Robert C. Brock
RUSHTON STAKELY JOHNSTON & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104

Honorable Bernice Donald
US DISTRICT COURT