IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 OCT 21  PM 2: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GLASSMAN, EDWARDS, WADE &
WYATT, P.C.,

    Plaintiff,

vs.                                                                 No. 05-2661-DP

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.,

    Defendant.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on November 3, 2005. Present in person were John D. Richardson, counsel for Plaintiff, and Saul C. Belz, counsel for Defendant. Present by telephone was R. Austin Huffaker, Jr., counsel for Defendant. At the conference, the following dates were established as the final dates for:

| | |
|---|---|
| **INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1)** | On or before November 17, 2005 |
| **JOINING PARTIES** | On or before January 3, 2006 |
| **AMENDING PLEADINGS** | On or before January 3, 2006 |
| **INITIAL MOTIONS TO DISMISS** | On or before February 2, 2006 |
| **COMPLETING ALL DISCOVERY** | On or before June 29, 2006 |
|    (a)  Disclosure of Plaintiff's Rule 26 Expert Information | April 28, 2006 |
|    (b)  Disclosure of Defendant's | |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-24-05



|       | **Rule 26 Expert Information** | May 26, 2006 |
| (c)   | **Expert Witness Depositions** | June 29, 2006 |

**FILING OF DISPOSITIVE MOTIONS**         July 31, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cut-off date. All motions, requests for admissions or other filings that require a response must be filed sufficiently in advance of the discovery cut-off date to enable opposing counsel to respond by the time permitted by the rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

This case is set for non-jury trial. The pre-trial order date, pre-trial conference date and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately two days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation before close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the Magistrate Judge. The parties will file a written consent form with the court should they decide to proceed before the Magistrate Judge.

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

2

IT IS SO ORDERED.

_____
Tu M. Pham, U.S. Magistrate Judge

Date: October 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage pre-paid, to the following on this ___18___ day of October, 2005:

John D. Richardson
The Richardson Law Firm
119 South Main Street, Suite 725
Memphis, Tennessee 38103

R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, Alabama 36104

_____
Saul C. Belz

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02661 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John D. Richardson
THE RICHARDSON LAW FIRM
119 S. Main St.
Ste. 725
Memphis, TN 38103

R. Austin Huffaker
RUSHTON, STAKELY, JOHNSON & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104

Robert C. Brock
RUSHTON STAKELY JOHNSTON & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT